UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| JAMES V. HAXBY, <br><br> Plaintiff, <br><br> vs. <br><br> TRUSTEES OF DARTMOUTH COLLEGE <br><br> Defendant. | Case No. 1:22-cv-00220 |

## STATUS REPORT

NOW COME the parties, by and through their undersigned counsel, and provide this status report to the Court:

1. The parties believe that this matter is resolved.

2. The parties therefore do not believe it would assist the Court to receive a scheduling proposal as contemplated by the parties' Joint Motion to Extend Stay (Doc. 11) which was filed on August 22, 2022.

3. The parties mutually request that the matter not be administratively closed for lack of a stipulation of dismissal until October 25, 2022. This will facilitate the prompt, efficient and cost-effective resolution of this matter and will minimize the amount of time required from the Court, its staff, and the parties.

4. The parties also request that they be excused from filing the scheduling proposal contemplated by the Joint Motion to Extend Stay.

Dated the 13th day of September, 2022.

Respectfully submitted,

| | |
|---|---|
| **PLAINTIFF,** <br> **JAMES V. HAXBY** | **DEFENDANT,** <br> **TRUSTEES OF DARTMOUTH COLLEGE** |
| By his attorneys, | By their attorneys, |
| */s/ Lauren Irwin* <br> Lauren Irwin, Esquire (NH Bar No. 10544) <br> Upton & Hatfield, LLP <br> 10 Centre Street <br> PO Box 1090 <br> Concord, NH 03302 <br> lirwin@uptonhatfield.com <br><br> Alan Kabat, Esquire <br> Bernabei & Kabat, PLLC <br> 1400 16th Street, NW <br> Suite 500 <br> Washington, D.C. 20036 <br> kabat@bernabeipllc.com | */s/ Pierre A. Chabot* <br> Pierre A. Chabot (NH Bar No. 17606) <br> Devine Millimet <br> 111 Amherst Street <br> Manchester, NH  03101 <br> Telephone: (603) 699-1000 <br> Facsimile: (603) 669-8547 <br> pchabot@devinnemillimet.com <br><br> Debra Weiss Ford (NH Bar No. 2687) <br> Jackson Lewis, P.C. <br> 100 International Drive <br> Suite 363 <br> Portsmouth, N.H. 03801 <br> Telephone: (603) 559-2700 <br> Facsimile: (603) 559-2701 <br> Debra.Ford@jacksonlewis.com |

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Status Report to be served on all counsel of record this day, by filing same via the Court's ECF system.

> */s/ Pierre A. Chabot*
> Pierre A. Chabot